## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**RHG MEMPHIS HOTEL, INC. and**
**METRO HOTELS, INC.,**

      **Plaintiffs,**

**v.**                                                                  **Cv. No.   11-2447-JTF**

**HARTFORD FIRE INSURANCE COMPANY,**

      **Defendant.**

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Agreed Order of Dismissal with Prejudice docketed on February 19, 2013.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                        CLERK


February 19, 2013                                   s/Lorri J. Fentress
DATE                                                (BY) LAW CLERK